PROB 12C

Report Date: October 23, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony J. Stanczak III             Case Number: 0980 2:15CR00068-TOR-1

Address of Offender:  ▇▇th ▇▇ Nespelem, Washington 99155

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 10, 2016

| | |
|---|---|
| Original Offense: | Abusive Sexual Contact with a Minor Under the Age of 12 in Indian County, 18 U.S.C. §§ 1153(a), 2244 (a)(2) and (c) |
| Original Sentence: | Prison - 44 months<br>TSR - 120 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: July 1, 2018

Date Supervision Expires: June 30, 2028

## PETITIONING THE COURT

To issue a warrant.

Mr. Stanczak's conditions of supervised release were reviewed with him on July 9, 2018. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #18**: The defendant shall live at an approved residence, and shall not change his living situation without advance approval of the supervising officer.<br><br>**Supporting Evidence**: It is alleged that Mr. Stanczak violated the conditions of his supervised release by living at an unapproved residence and/or failing to report a change in his living situation from on or about September 28, to October 19, 2023.<br><br>On September 28, 2023, Mr. Stanczak informed the undersigned that he moved into the address of 401 8th Street, Nespelem, WA, and that he registered this address with the Okanagan County Sheriff's Office and the Colville Tribal Police Department (CTPD). On October 10, 2023, the undersigned informed Mr. Stanczak that a home contact was to occur at his new residence either that week and/or early the following week. |

Prob12C
Re: Stanczak III, Anthony J.
October 23, 2023
Page 2

On October 17, 2023, the undersigned attempted to make contact with Mr. Stanczak at his reported address though this residence appeared uninhabitable as the front door and windows were completely boarded up and nobody appeared to be present at this residence. The undersigned attempted to contact Mr. Stanczak via cellular telephone in which a voicemail and text message were left directing him to contact the undersigned as soon as possible.

On October 19, 2023, the undersigned was contacted by a CTPD officer informing the undersigned that Mr. Stanczak was being arrested for the charge of failure to register, though he was not able to be booked into the Colville Tribal Corrections Center. The undersigned was able to speak to Mr. Stanczak via the CTPD officer's telephone. At which time, he admitted that he had not been residing at his reported address and that, "things have not been going well."

2   **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: It is alleged that Mr. Stanczak violated the conditions of his supervised release by being untruthful to his probation officer's inquiry about his living situation on October 10, 2023.

On October 10, 2023, the offender was informed by the undersigned via text message that a home contact was to occur at his new residence either that week and/or early the following week. The undersigned inquired if he had any changes to report and Mr. Stanczak replied "nope". On October 17, 2023, the undersigned attempted to make contact with Mr. Stanczak at his reported address though this residence appeared uninhabitable as the front door and windows were completely boarded up and nobody appeared to be present at this residence.

On October 19, 2023, the undersigned was contacted by a CTPD officer who reported that Mr. Stanczak was being arrested for the charge of failure to register, though he was not able to be booked into the Colville Tribal Corrections Center. The undersigned was able to speak to Mr. Stanczak via the CTPD officer's telephone. At which time, he admitted that he had not been residing at his reported address.

3   **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: It is alleged that Mr. Stanczack violated the conditions of his supervised release as he failed to report to his probation officer via telephone as directed on October 19, 2023.

On October 19, 2023, the undersigned was contacted by a CTPD officer who reported that Mr. Stanczak was being arrested for the charge of failure to register, though he was not able to be booked into the Colville Tribal Corrections Center. The undersigned was able to speak with Mr. Stanczak via the CTPD officer's telephone. At which time, he admitted that he has not been residing at his reported address. Mr. Stanczak was directed to contact the undersigned after his contact with CTPD concluded so a plan of action could be put in place to address his living situation. Mr. Stanczak failed to contact the undersigned on October 19, 2023, after his contact with CTPD concluded. On October 20, 2023, the undersigned attempted to contact Mr. Stanczak via his cellular telephone without success.

Prob12C
Re: Stanczak III, Anthony J.
October 23, 2023
Page 3

> Mr. Stanczak has still not contacted the undersigned as of this writing. Mr. Stanczak's current living situation and whereabouts are unknown and he appears to be evading supervision.

| | |
|---|---|
| 4 | **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime. |
| 5 | **Standard Condition # 10**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted to do so by the probation officer. |

> **Supporting Evidence**: It is alleged that Mr. Stanczak violated the conditions of his supervised release by committing the crime of failure to register on or about September 28, to October 19, 2023. It is also alleged that on October 19, 2023, Mr. Stanczack violated the conditions of supervised release by associating with a convicted felon.
>
> Per CTPD report 23-1868, on September 13, 2023, Mr. Stanczack reported to the CTPD police station in which he filled out sex offender registration forms and was informed that each time he moves he will need to report his address to the CTPD. Mr. Stanczack acknowledged an understanding of this by initialing after each of his requirements on the sex offender registration forms.
>
> On September 28, 2023, Mr. Stanczak reported to the CTPD to report a change of address of 401 8th Street, Nespelem, Washington, 99155. On October 18, 2023, a CTPD detective reported to Mr. Stanczack's last reported address in which she observed all the windows and the front door to be completely boarded up. It should be noted, a "private property keep out" sign was placed on the front door and nobody appeared to reside at this residence.
>
> On October 19, 2023, a vehicle traffic stop was conducted by the CTPD in which Mr. Stanczack was the passenger in the vehicle. The driver of the vehicle was a convicted felon and he was arrested on an outstanding failure to register warrant, and a Washington State Department of Corrections warrant. Mr. Stanczack was subsequently arrested for failure to register under a false address. Mr. Stanczack explained to the CTPD detective that he was trying to get his grandmother to reside at the address he registered but she has not agreed. It should be noted, the Colville Tribal Corrections facility denied booking Mr. Stanczack and he was subsequently released.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | October 23, 2023 |
|---|---|
| | s/Jonathan C. Bot |
| | Jonathan C. Bot<br>U.S. Probation Officer |

Prob12C
Re: Stanczak III, Anthony J.
October 23, 2023
Page 4

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

October 23, 2023
Date